PETER SHIELDS et al., appellants,

*v.*

GREATER CAPE MAY, INCORPORATED, respondent.

[Decided May 20th, 1929.]

*Messrs. McCarter & English* and *Mr. Francis D. Weaver,* for the appellants.

*Mr. Lindley M. Garrison,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *6 N. J. Mis. R. 362.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.